UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                             No.   23 CR 80-LTS-3

ZHANE RATCLIFF,

          Defendant.

--------------------------------------------------------x

ORDER

      The plea hearing in this case is scheduled to proceed on **March 22, 2023**, at **2:30 p.m.** in Courtroom 17C.  The parties' attention is directed to the attached information regarding courthouse entry, and to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at

https://www.nysd.uscourts.gov/covid-19-coronavirus.

      The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

      SO ORDERED.

Dated: New York, New York
      March 20, 2023

                        __/s/ Laura Taylor Swain_____
                        LAURA TAYLOR SWAIN
                        Chief United States District Judge