*PELUSO & TOUGER, LLP*
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

**By ECF**
May 1, 2023

**MEMO ENDORSED**

Honorable Laura Taylor Swain
United States Diustrict Court Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re: <u>United States v. Zhane Ratcliff</u>, 23 CR 080 (LTS)

Your Honor,

As the Court is aware Ms. Ratcliff has been released from custody since the day of her arrest on a $50,000.00 Bond. Since her release the felony charges against her have been dismissed and she has pled guilty to the misdemeanor charge of Theft of Government Funds. I am writing to respectfully request that the Court allow Ms. Ratcliff to take a vacation to Florida from May 4th until the 7th. She will be staying with her brother (who has graciously offered to pay for the trip) at an Airbnb located at 2993 Protagonist Street, #9, Kissimmee, Fl. 34746. I have reached out to the Government and they responded that they would leave any objection to Pre-Trial Services. I have reached out to her Pre-Trial Services officer she has voiced no objection to the request. Ms. Ratcliff is in complete compliance with all the rules and regulations of her release.

Thank you very much for your quick attention to this matter.

Respectfully yours,

David Touger

The foregoing request is granted. Ms. Ratcliff shall provide Pretrial Services with a full itinerary for her travels in advance of departure. DE 77 is resolved.
SO ORDERED.
5/1/2023
/s/ Laura Taylor Swain, Chief USDJ