UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES

  -v-                                                                                No.   23-CR-80-LTS-3

ZHANE RATCLIFF,

        Defendant.

-------------------------------------------------------x

ORDER

The sentencing in this case is hereby rescheduled to proceed on **Thursday, July 13, 2023, at 10:30 am** in Courtroom 17C.  The parties' attention is directed to the attached information regarding courthouse entry, and to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

       SO ORDERED.

Dated: New York, New York
       July 10, 2023

                                                                                      /s/ Laura Taylor Swain
                                                                                      LAURA TAYLOR SWAIN
                                                                                      Chief United States District Judge