*PELUSO & TOUGER, LLP*
**70 LAFAYETTE STREET**
*NEW YORK, NEW YORK 10013*
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

**By ECF**
July 27, 2023
Honorable Laura Taylor Swain
United States Diustrict Court Judge
Southern District of New York
500 Pearl St.
New York, New York 10007
Re: <u>United States v. Zhane Ratcliff</u>, 23 CR 080 (LTS)

## MEMO ENDORSED

Your Honor,

The Court recently sentenced Ms. Ratcliff to 15 months probation on her misdemeanor conviction for Theft of Government Funds.  Since her sentence she has paid the $25.00 Court fee and already signed up to do her community service at various food pantries including The River Fund of New York and Vision Urbana.  Ms. Ratcliff is also in the process of applying for employment and has begun the interview process at the Outpatient Clinic at Mount Sinai West as an Ambulatory Care Service Representative.  This would be a full time position.

I am writing to respectfully request that Ms. Ratcliff be allowed to travel on a 7 night Caribbean cruise leaving from Orlando, Florida.  She would be flying out of Kennedy Airport on Saturday, August 5th on Delta Airlines flight leaving at 12:04 and returning the following Sunday at 5:30pm.  The cruise will be taking her to various ports of call in the Caribbean.  It is important for the Court to note that this is a family trip and her aunt, Fatima Robinson is paying the entire cost.  Numerous members of her family will be with her.  As the Court is well aware Ms. Ratcliff has been in full compliance with all her conditions of release since she was arrested in this matter and as noted above has taken major steps to fulfilling the obligations that the Court sentenced her too.  This trip means a lot to her as the Court knows she is very close with her family and would very much like to join them on this trip.  Her probation officer has not given her approval for the trip because this is an international trip and the Court did not state at her sentencing that she would be allowed to travel internationally.

Based on all the above, Ms. Ratcliff most respectfully asks the Court to allow her to travel on this family trip that is being fully paid for by her aunt. Thank you very much for your quick attention to this matter.

Respectfully yours,
David Touger

The foregoing request is denied in light of the recent commencement of Ms. Ratcliff's probationary period.  DE 140 resolved.
SO ORDERED.
7/28/2023
/s/ Laura Taylor Swain, Chief USDJ