UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Judgment Creditor,<br><br>       v.<br><br>ZHANE RATCLIFF,<br><br>           Judgment Debtor,<br>and<br><br>NYC EMPLOYEES' RETIREMENT SYSTEM,<br><br>           Third-Party Respondent. | 23 CR 080 (LTS)<br><br>**STIPULATION AND ORDER** |

WHEREAS, on July 13, 2023, the Court entered judgment in favor of the United States of America ("the Government") against the judgment debtor, ZHANE RATCLIFF, in the amount of $59,025;

WHEREAS, pursuant to 18 U.S.C. § 3613, upon entry of judgment, a lien arose in favor of the Government on all property and rights to property of the judgment debtor, including any retirement funds held by the NYC EMPLOYEES' RETIREMENT SYSTEM ("NYCERS");

WHEREAS, as of November 1, 2023, the outstanding balance is $58,900;

WHEREAS the judgment debtor consents to turnover $10,000 of the funds held by NYCERS to the Clerk of Court in partial satisfaction of her restitution debt; and the Government agrees to accept payment of $10,000 and release its lien on the remaining funds held by NCYERS so they may be disbursed to the judgment debtor;

IT IS HEREBY STIPULATED AND AGREED that NCYERS shall withhold the sum of $10,000 from any refund or distribution of ZHANE RATCLIFF's retirement funds and pay such withholding to "Clerk of Court" at United States District Court, 500 Pearl Street, Room 120, New York, New York 10007, Attn: Cashier for 23-CR-080;

**Stipulation and Order – Page 1**

IT IS FURTHER ORDERED that after payment of $10,000 to the Clerk of Court, NCYERS shall release the remaining funds due or owing to ZHANE RATCLIFF.

Dated: New York, New York
November 2, 2023

_____
ZHANE RATCLIFF
*Judgment Debtor*

DAMIAN WILLIAMS
United States Attorney

_____
MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711

**SO ORDERED:**

/s/ Laura Taylor Swain
_____
HONORABLE LAURA TAYLOR SWAIN
CHIEF DISTRICT COURT JUDGE

November 3, 2023
_____
DATE