*PELUSO & TOUGER, LLP*
**70 LAFAYETTE STREET**
**NEW YORK, NEW YORK 10013**
*PelusoandTouger.com*

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

# MEMO ENDORSED

**By ECF**
November 7, 2024
Honorable Laura Taylor Swain
United States Diustrict Court Judge
Southern District of New York
500 Pearl St.
New York, New York 10007
Re: <u>United States v. Zhane Ratcliff</u>, 23 CR 080 (LTS)

Your Honor,

On July 13, 2023, the Court sentenced Ms. Ratcliff to 15 months of probation on her misdemeanor conviction for Theft of Government Funds. Since her sentence she has paid the $25.00 Court fee and has now successfully completed her term of probation without incident. I write to respectfully request that the Court Order that Ms. Ratcliff's passport which was delivered to the Government upon her arrest be released back to her since she has completed her obligations to the Court.

Thank you very much for your attention to this matter.

Respectfully yours,
David Touger

The foregoing request is granted. The Office of Pretrial Services is respectfully directed to return Ms. Ratcliff's passport.
SO ORDERED.
November 8, 2024
/s/ Laura Taylor Swain, Chief USDJ